# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Laura Fashing

Preliminary/Detention Hearing

| | | | |
|---|---|---|---|
| Case Number: | MJ 23-713 LF | UNITED STATES vs. LYNCH | |
| Hearing Date: | 4/26/2023 | Time In and Out: | 9:43-10:20 |
| Courtroom Deputy: | N. Maestas | Courtroom: | Rio Grande |
| Defendant: | Peter Ryan Lynch | Defendant's Counsel: | Devon Fooks |
| AUSA: | Jon Stanford | Pretrial/Probation: | George Rodriguez |
| Interpreter: | | Witness: | |

## Initial Appearance

- ☐ Defendant received a copy of charging document
- ☐ Court advises defendant(s) of possible penalties and all constitutional rights
- ☐ Defendant
- ☐ Government moves to detain      ☐ Government does not recommend detention
- ☐ Set for _____ on _____ @ _____

## Preliminary/Show Cause/Identity

- ☒ Defendant waives Preliminary Hearing
- ☒ Court finds probable cause      ☐ Court does not find probable cause

## Detention

- ☐ Defendant waives right to contest detention
- ☒ Defense counsel requests Defendant be released to his residence; Government opposes Defendant's release; Defense counsel responds; USPTS Officer notes their opposition to release; Government responds; Defense counsel responds; Court will stay order to allow Government time to file appeal, which is due no later than close of business 4/27/2023; Government to notify CRD whether an appeal will be filed or not.

## Custody Status

- ☐ Defendant
- ☒ Conditions of release imposed

## Other

- ☐ Defendant waives personal presence at hearing/Court accepts Defendant's waiver
- ☐ Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so.
- ☐ Matter referred to _____ for Final Revocation Hearing
- ☐