# UNITED STATES DISTRICT COURT
## for
## NEW MEXICO

U.S.A. vs **Peter Ryan Lynch**                                  Docket No. 1084 1:23-00713M-1LF

Petition for Action on Conditions of Pretrial Release

COMES NOW Wade Miller, United States Probation and Pretrial Services Officer presenting an official report upon the conduct of **Peter Ryan Lynch,** who was placed under pretrial release supervision by the Honorable Laura Fashing, United States Magistrate Judge**,** sitting in the court at **Albuquerque, New Mexico**, on 04/28/2023, with conditions which included the following:

(6) The defendant is placed in the custody of the La Pasada Halfway House in Albuquerque, New Mexico, who agrees (a) to supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

(7)(p)(i) The defendant must participate in one of the following location restriction programs and comply with its requirements as directed.

(7)(q)(i) The defendant must submit to the following location monitoring technology and comply with its requirements as directed.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
On May 7, 2023, at approximately 10:44PM, the United States Probation Office (USPO) received alerts of "strap tamper" and "proximity tamper."   When paired together, this is indicative of a location monitoring device being removed.   At approximately 10:46PM, Daryl Agnes of the La Pasada Halfway House contacted the USPO to advise the defendant had exited their facility.   The defendant has failed to comply with his Conditions of Release by removing the location monitoring device from his person and leaving the third-party custody of the La Pasada Halfway House.

EMERGENCY WARRANT FOR ARREST AUTHORIZED ON MAY 7, 2023.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on: **05/08/2023**

*/s/ Wade Miller*

WADE MILLER
Sr. United States Probation/Pretrial Services Officer
Place: Albuquerque, New Mexico